# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| CARR JR., DONALD § | Case No. 14-03270 |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BARRY A. CHATZ_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-03270 | 326 | Judge: 326 (JDS) | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | CARR JR., DONALD | | | Date Filed (f) or Converted (c): | 02/01/14 (f) |
| | | | | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 09/25/14 | | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 65.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 120.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 25.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 30,000.00 | 0.00 | | 0.00 | FA |
| 12. Debtor Product or Service | 13,497.00 | 13,497.00 | | 0.00 | FA |
| 13. OTHER PERSONAL PROP (u)<br>FUNDS HELD BY FIFTH THIRD BANK<br>(BANK MAILED UNSOLICITED CHECK TO TRUSTEE FOR<br>$4,308.65 REPRESENTING AMOUNTS DEBTOR PREVIOUSLY<br>PAID TOWARD THE PUCHASE OF VEHICLE THAT WAS<br>EVENTUALLY TURNED IN) | 0.00 | 4,308.65 | | 4,308.65 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $44,407.00    $17,805.65    $4,308.65    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RECEIVED CHECK FROM FIFTH THIRD BANK IN AMOUNT OF $4,308.65; REVIEW CLAIMS; PREPARE TFR

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                           Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-03270    326    Judge: 326 (JDS) | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CARR JR., DONALD | Date Filed (f) or Converted (c): | 02/01/14 (f) |
| | | 341(a) Meeting Date: | 03/06/14 |
| | | Claims Bar Date: | 07/10/14 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-03270 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | CARR JR., DONALD | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9525 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0972 | | |
| For Period Ending: | 09/25/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/14 | 13 | FIFTH THIRD BANK<br>1850 EAST PARIS AVE SE<br>GRAND RAPIDS, MI 49546-4210 | LIQUIDATION OF BANK ACCOUNT | 1229-000 | 4,308.65 | | 4,308.65 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,298.65 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,288.65 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,278.65 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,268.65 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,258.65 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,308.65 | 50.00 | 4,258.65 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,308.65 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,308.65 | 50.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********9525 | 4,308.65 | 50.00 | 4,258.65 |
| | 4,308.65 | 50.00 | 4,258.65 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  4,308.65  50.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 14-03270 | | Claim Class Sequence | | | |
| Debtor Name: | CARR JR., DONALD | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Administrative | | $0.00 | $1,077.16 | $1,077.16 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Administrative | | $0.00 | $74.67 | $74.67 |
| 000005A<br>040<br>5800-00 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999-0030 | Priority | | $0.00 | $18,020.34 | $18,020.34 |
| 000001<br>070<br>7100-00 | AMERICAN INFOSOURCE LP<br>AGENT<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Unsecured | | $0.00 | $3,123.20 | $3,123.20 |
| 000002<br>070<br>7100-00 | CAVALRY INVESTMENTS LLC AS<br>ASSIGNEE<br>HSBC CARD SERVICES INC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Unsecured | | $0.00 | $3,597.30 | $3,597.30 |
| 000003<br>070<br>7100-00 | ATLAS ACQUISITIONS LLC (HSBC<br>BANK USA,<br>N.A.)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Unsecured | | $0.00 | $1,121.88 | $1,121.88 |
| 000004<br>070<br>7100-00 | LVNV FUNDING, LLC ASSIGNEE<br>OSI<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $0.00 | $896.64 | $896.64 |
| 000005B<br>070<br>7100-00 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999-0030 | Unsecured | | $0.00 | $8,123.60 | $8,123.60 |
| 000006<br>070<br>7100-00 | PORTFOLIO RECOVERY<br>ASSOCIATES<br>FOR GENERAL ELECTRIC<br>CAPITAL CO<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $1,067.06 | $1,067.06 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 14-03270 | Claim Class Sequence | | | | |
| Debtor Name: | CARR JR., DONALD | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $37,101.85 | $37,101.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-03270
Case Name: CARR JR., DONALD
Trustee Name: BARRY A. CHATZ

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | DEPARTMENT OF THE TREASURY | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AGENT | $ | $ | $ |
| 000002 | CAVALRY INVESTMENTS LLC AS ASSIGNEE | $ | $ | $ |
| 000003 | ATLAS ACQUISITIONS LLC (HSBC BANK USA, | $ | $ | $ |
| 000004 | LVNV FUNDING, LLC ASSIGNEE OSI | $ | $ | $ |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES | $ | $ | $ |
| 000005B | DEPARTMENT OF THE TREASURY | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

   Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE