UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
CARR JR., DONALD                      §   Case No. 14-03270
                                      §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, December 16, 2014 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2014          By: /s/ Barry A. Chatz, Trustee
                                       Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                        Case No. 14-03270-TAB
Donald Carr, Jr.                                                              Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 2                  Date Rcvd: Nov 20, 2014
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
db            +Donald Carr, Jr.,    7404 South Maplewood,    Chicago, IL 60629-2036
21852433      +Atlas Acquisitions LLC  (HSBC Bank USA, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
21483350      +Carr Donald  Jr,    7404 South Maplewood,    Chicago, IL 60629-2036
21483354      +Creditors Discount  And  A,   415 E Main St,    Streator, IL 61364-2927
21483351       Dana G Jones & Associates,    8 South Michicgan Avenue Ste 1405,   Chicago 60603, IL  27702-3389
21483356      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21483357      +FIA Card Services C/O,    Blatt Hasenmiller F L,    125 South Wacker Drive #400,
                Chicago, IL 60606-4440
21483359       FMS,    P.O. Box 74170-7601,    Tulsa, OK   74170-7601
21483358      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
21483360      +Freedman Anselmo Lindberg LLC,    C/O HSBC Card Services, Inc.,
                1771 West Diehl Road , Suite 150,    Naperville, IL 60563-4947
21483361      +Midland Fund Servicing/FIA Card Services,    C/O Blatt Hsenmiller F L,
                125 South Wacker Drive #400,    Chicago, IL 60606-4440
22143819     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,
                successor to GENERAL ELECTRIC CAPITAL CO,    POB 41067,   Norfolk VA 23541)
21483363      +Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
21483364      +Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21792641       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2014 12:36:45
                American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
21573967      +E-mail/Text: bnc@atlasacq.com Nov 21 2014 12:22:59     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
21804586      +E-mail/Text: bankruptcy@cavps.com Nov 21 2014 12:24:52     Cavalry Investments, LLC as assignee,
                of HSBC Card Services Inc,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21483352      +E-mail/Text: bankruptcy@cavps.com Nov 21 2014 12:24:52     Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
21483353      +E-mail/Text: jsanders@cksfin.com Nov 21 2014 12:23:56     Cks Financial,
                505 Independence Pkwy St,    Chesapeake, VA 23320-5178
21483355       E-mail/Text: cio.bncmail@irs.gov Nov 21 2014 12:23:18     Department Of The Treasury,
                Internal Revenue Service,    Kansas City, MO  64999-0030
22110755       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2014 12:32:42
                LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
21483362      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2014 12:24:06     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2014 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Dana G. Jones    on behalf of Debtor Donald  Carr, Jr. dgjbankruptcy@aol.com,
               G5436@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: wepps              Page 2 of 2             Date Rcvd: Nov 20, 2014
                               Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Terri M Long   on behalf of Creditor   Fifth Third Bank Courts@tmlong.com
                                                                                                                                                                                            TOTAL: 4