UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CARR JR., DONALD § Case No. 14-03270
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cavalry Portfolio Serv Po Box 27288 Tempe, AZ  85285 | | | | | |
| | Cks Financial 505 Independence Pkwy St Chesapeake, VA  23320 | | | | | |
| | Creditors Discount  And  A 415 E Main St Streator, IL 61364 | | | | | |
| | Department Of The Treasury Internal Revenue Service Kansas City, MO  64999-0030 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | FIA Card Services C/O Blatt Hasenmiller F L 125 South Wacker Drive #400 Chicago, IL  60606 | | | | | |
| | FMS P.O. Box 74170-7601 Tulsa, OK  74170-7601 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman Anselmo Lindberg LLC C/O HSBC Card Services, Inc. 1771 West Diehl Road , Suite 150 Naperville, IL  60563 | | | | | |
| | Midland Fund Servicing/FIA Card Services C/O Blatt Hsenmiller F L 125 South Wacker Drive #400 Chicago, IL  60606 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Portfolio Recvry And Affil 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | | | | |
| | Second Round Lp 4150 Friedrich Lane Suit Austin, TX  78744 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ATLAS ACQUISITIONS LLC (HSBC BANK U | | | | | |
| 000002 | CAVALRY INVESTMENTS, LLC AS ASSIGNE | | | | | |
| 000005B | DEPARTMENT OF THE TREASURY | | | | | |
| 000004 | LVNV FUNDING, LLC ASSIGNEE OSI | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-03270 | 326 | Judge: 326 (JDS) | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | CARR JR., DONALD | | | Date Filed (f) or Converted (c): | 02/01/14 (f) |
| | | | | 341(a) Meeting Date: | 03/06/14 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 65.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 120.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 25.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 11. Pension / Profit Sharing | 30,000.00 | 0.00 | | 0.00 | FA |
| 12. Debtor Product or Service | 13,497.00 | 13,497.00 | | 0.00 | FA |
| 13. OTHER PERSONAL PROP (u) FUNDS HELD BY FIFTH THIRD BANK (BANK MAILED UNSOLICITED CHECK TO TRUSTEE FOR $4,308.65 REPRESENTING AMOUNTS DEBTOR PREVIOUSLY PAID TOWARD THE PUCHASE OF VEHICLE THAT WAS EVENTUALLY TURNED IN) | 0.00 | 4,308.65 | | 4,308.65 | FA |
| TOTALS (Excluding Unknown Values) | $44,407.00 | $17,805.65 | | $4,308.65 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RECEIVED CHECK FROM FIFTH THIRD BANK IN AMOUNT OF $4,308.65; REVIEW CLAIMS; PREPARE TFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-03270    326    Judge: 326 (JDS) | Trustee Name:    BARRY A. CHATZ |
| Case Name: | CARR JR., DONALD | Date Filed (f) or Converted (c):    02/01/14 (f) |
| | | 341(a) Meeting Date:    03/06/14 |
| | | Claims Bar Date:    07/10/14 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-03270 |
| Case Name: | CARR JR., DONALD |
| Taxpayer ID No: | *******0972 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9525 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/14 | 13 | FIFTH THIRD BANK<br>1850 EAST PARIS AVE SE<br>GRAND RAPIDS, MI 49546-4210 | LIQUIDATION OF BANK ACCOUNT | 1229-000 | 4,308.65 | | 4,308.65 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,298.65 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,288.65 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,278.65 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,268.65 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,258.65 |
| * 12/16/14 | 300001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,151.83 | 3,106.82 |
| | | | Fees            1,077.16 | 2100-003 | | | |
| | | | Expenses          74.67 | 2200-003 | | | |
| * 12/16/14 | 300001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense<br>TO CORRECT OVERPAYMENT OF TRUSTEE<br>FEES AND CLAIM DISTRIBUTION TO IRS | | | -1,151.83 | 4,258.65 |
| | | | Fees        ( 1,077.16 ) | 2100-003 | | | |
| | | | Expenses      ( 74.67 ) | 2200-003 | | | |
| * 12/16/14 | 300002 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Compensation | 2100-003 | | 1,077.16 | 3,181.49 |
| * 12/16/14 | 300002 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Compensation<br>TO CORRECT OVERPAYMENT OF TRUSTEE<br>FEES AND CLAIM DISTRIBUTION TO IRS | 2100-003 | | -1,077.16 | 4,258.65 |

Page Subtotals        4,308.65        50.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-03270 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | CARR JR., DONALD | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9525 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0972 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/16/14 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Expenses | 2200-003 | | 74.67 | 4,183.98 |
| * 12/16/14 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Expenses<br>TO CORRECT OVERPAYMENT OF TRUSTEE<br>FEES AND CLAIM DISTRIBUTION TO IRS | 2200-003 | | -74.67 | 4,258.65 |
| * 12/16/14 | 300004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999-0030 | Claim 000005A, Payment 10.85% | 5800-003 | | 1,954.99 | 2,303.66 |
| * 12/16/14 | 300004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999-0030 | Claim 000005A, Payment 10.85%<br>TO CORRECT OVERPAYMENT OF TRUSTEE<br>FEES AND CLAIM DISTRIBUTION TO IRS | 5800-003 | | -1,954.99 | 4,258.65 |
| 12/16/14 | 300005 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Compensation | 2100-000 | | 1,077.16 | 3,181.49 |
| 12/16/14 | 300006 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, ILLINOIS 60606 | Trustee Expenses | 2200-000 | | 74.67 | 3,106.82 |
| 12/16/14 | 300007 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999-0030 | Claim 000005A, Payment 17.24% | 5800-000 | | 3,106.82 | 0.00 |

Page Subtotals    0.00    4,258.65

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Case 14-03270    Doc 37    Filed 03/23/15    Entered 03/23/15 11:47:29    Desc Main
Document      Page 12 of 12

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-03270 |
| Case Name: | CARR JR., DONALD |
| Taxpayer ID No: | *******0972 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9525  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,308.65 | 4,308.65 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,308.65 | 4,308.65 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,308.65 | 4,308.65 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9525 | 4,308.65 | 4,308.65 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,308.65 | 4,308.65 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*